No. 231. CONSOLIDATED WATER COMPANY v. BABCOCK. Appeal from the Circuit Court of the United States for the Southern District of California. Submitted March 15, 1899. Decided March 20, 1899. *Per Curiam.* Dismissed on the authority of *Maynard* v. *Hecht,* 151 U. S. 324; *Van Wagenen* v. *Sewall,* 160 U. S. 369; *Davis* v. *Geissler,* 162 U. S. 290; *Cornell* v. *Green,* 163 U. S. 75, and cases cited. *Mr. Horace S. Oakley,* *Mr. C. K. Davis, Mr. Frank B. Kellogg* and *Mr.*

Decisions announced without Opinions.

*C. A. Severance* for appellants. Mr. H. E. Doolittle, Mr. Wm. J. Hunsaker, Mr. A. T. Britton and Mr. A. B. Browne for appellees.